# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES YATES, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-01080-OWW-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UNDER SECTION 1983 OR THE ADA, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Docs. 9 and 11)<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

　　Plaintiff Michael Chavez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 (the Americans with Disabilities Act (ADA)) on June 19, 2009. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On April 1, 2011, the Magistrate Judge screened Plaintiff's amended complaint and recommended dismissal of this action for failure to state a claim. 28 U.S.C. § 1915A. After receiving two extensions of time, Plaintiff filed his objection on July 5, 2011.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on April 1, 2011, in full;
2. This action is dismissed, with prejudice, for failure to state a claim under section 1983 or the ADA;
3. The Clerk of the Court shall enter judgment against Plaintiff; and
4. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   July 8, 2011**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE