1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL CHAVEZ,                              Case No.  1:09-cv-1080-AWI-SKO PC

11          Plaintiff,                            ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS, AND STRIKING
12          v.                                    SECTION II OF MOTION TO DISMISS

13    JAMES YATES, et al.,                         (Docs. 34 and 41)

14          Defendants.

15    _____/

16

17          Plaintiff Michael Chavez, a state prisoner proceeding pro se and in forma pauperis, filed

18    this civil rights action pursuant to 42 U.S.C. § 1983 on June 19, 2009.  This action is proceeding

19    on Plaintiff's Eighth Amendment claims against Defendants Ehrman, Igbinosa, Kushner, Diep,

20    Hayden, Ahlin, Pineda, and Yates.

21          The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

22    636(b)(1)(B) and Local Rule 302.  On October 3, 2013, the Magistrate Judge filed a Findings and

23    Recommendations which was served on the parties and which contained notice to the parties that

24    Objections to the Findings and Recommendations were to be filed within five days.   No

25    Objections were filed.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

27    *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

28    and Recommendations to be supported by the record and by proper analysis.

1      Accordingly, IT IS HEREBY ORDERED that:

2          1.      The Findings and Recommendations, filed on October 3, 2013, is adopted

3   in full; and

4          2.      Section II of Defendants' motion to dismiss is STRICKEN, pursuant to the

5   rule of mandate.

6

7   IT IS SO ORDERED.

8   Dated:    October 29, 2013

                                SENIOR  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2