# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:09-cv-01080-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS, AND REQUIRING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Docs. 34 and 48) |

　　　Plaintiff Michael Chavez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 19, 2009. This action is proceeding on Plaintiff's Eighth Amendment claims against Defendants Ehrman, Igbinosa, Kushner, Diep, Hayden, Ahlin, Pineda, and Yates.

　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 16, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within twenty-five days. No Objections were filed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on January 16, 2014, is adopted in full;
2. Defendants' motion to dismiss, filed on August 6, 2013, is GRANTED as follows:
    a. Plaintiff's Fourteenth Amendment claims for deprivation of liberty without due process of law are dismissed, with prejudice, for failure to state a claim; and
    b. Plaintiff's Eighth Amendment claims are dismissed on statute of limitations grounds, with leave to amend;
3. The Clerk's Office shall send Plaintiff a civil rights complaint form; and
4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint clarifying the bases for his Eighth Amendment medical care claims against the following parties: Dr. Ehrman, Dr. Igbinosa, Dr. Kushner, Dr. Diep, Nurse Hayden, Associate Warden Ahlin, Captain Pineda, and Warden Yates.

IT IS SO ORDERED.

Dated:   March 5, 2014                              _____
                                                    SENIOR  DISTRICT  JUDGE