UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES YATES, et al.,<br><br>        Defendants. | 1:09-cv-01080-AWI-SKO (PC)<br><br>ORDER GRANTING DEFENDANT KUSHNER'S MOTION FOR TWENTY-ONE DAY EXTENSION OF TIME TO FILE A RESPONSE, TO COMMENCE UPON THE FILING OF THE SECOND AMENDED COMPLAINT<br><br>(Document# 61) |

On May 29, 2014, Defendant Kushner filed a motion to extend time to file a response to Plaintiff's second amended complaint, once it is filed. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant Kushner's motion is GRANTED, and Defendant has twenty-one days from the date Plaintiff files his second amended complaint within which to file a response.
IT IS SO ORDERED.

   Dated:   **May 30, 2014**                             **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE