# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>JAMES YATES, et al.,<br><br>           Defendants.<br>_____/ | Case No.  1:09-cv-01080-AWI-SKO (PC)<br><br>ORDER REQUIRING DEFENDANT KUSHNER TO SHOW CAUSE WHY EXPENSE OF PERSONAL SERVICE SHOULD NOT BE TAXED AGAINST HIM<br><br>(Docs. 59 and 60)<br><br>FIFTEEN-DAY DEADLINE |

Pending before the Court is a request by the United States Marshals Service for reimbursement of the expense incurred in effecting personal service on Defendant Kushner, filed on May 27, 2014.  (Doc. 59.)

Pursuant to the Federal Rules of Civil Procedure, individuals have "a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1).  "If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant . . . the expense later incurred in making service. . . ."  Fed. R. Civ. P. 4(d)(2)(A).

Based on the information provided by the Marshals Service, attempts were made to obtain a waiver of service of the summons from Defendant Kushner on June 18, 2013, and December 24, 2013.  (Doc. 60.)  On April 7, 2014, the Marshal effected personal service, incurring an expense of $120.00.  (*Id.*)

Accordingly, it is HEREBY ORDERED that:

1. Defendant Kushner has **fifteen (15) days** from the date of this order within which to show good cause for failing to waive personal service; and

2. If Defendant Kushner either (1) fails to respond to this order or (2) responds but fails to show good cause, he will be required to reimburse the United States Marshals Service the $120.00 expense incurred in effecting personal service.

IT IS SO ORDERED.

Dated:   **June 21, 2014**                         **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE