# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAVEZ, | Case No. 1:09-cv-01080-AWI-SKO (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, AS BARRED BY STATUTE OF LIMITATIONS |
| v. | |
| JAMES YATES, et al., | (Docs. 53 and 58) |
| Defendants. | OBJECTIONS DUE WITHIN FIFTEEN DAYS |
| _____/ | |

Plaintiff Michael Chavez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 19, 2009. This action is proceeding on Plaintiff's amended complaint, filed on January 25, 2010, against Defendants Ehrman, Igbinosa, Kushner, Diep, Hayden, Ahlin, Pineda, and Yates for violation of Plaintiff's right to medical care under the Eighth Amendment of the United States Constitution. (Docs. 9, 27, 29.)

On March 6, 2014, the Court granted, in relevant part, Defendants' motion to dismiss Plaintiff's Eighth Amendment claims as barred by the statute of limitations and provided Plaintiff thirty days within which to file a second amended complaint clarifying the bases for his claims against Defendants Ehrman, Igbinosa, Kushner, Diep, Hayden, Ahlin, Pineda, and Yates. Fed. R. Civ. P. 12(b)(6). (Docs. 48, 53.) On March 24, 2014, the Court granted Plaintiff a sixty-day extension of time. (Doc. 58.) More than sixty days have passed and Plaintiff has not filed a second amended complaint curing the deficiencies in his first amended complaint.

Accordingly, based on Plaintiff's failure to cure the deficiencies identified in his first amended complaint with respect to the statute of limitations, the undersigned HEREBY RECOMMENDS that this action be dismissed, with prejudice, as barred by the statute of limitations.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fifteen (15) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    **June 21, 2014**                              **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE