# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAVEZ, | Case No. 1:09-cv-01080-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT |
| v. | |
| JAMES YATES, et al., | (Doc. 68) |
| Defendants. | |

Plaintiff Michael Chavez, a state prisoner who was proceeding pro se and in forma pauperis in this action, filed a motion seeking the appointment of counsel on January 8, 2015. 28 U.S.C. § 1915(e)(1).

This action was dismissed and judgment was entered on July 24, 2014. Fed. R. Civ. P. 12(b)(6), 58. Accordingly, Plaintiff's motion for counsel is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **January 12, 2015**          **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE